# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES JILES III<br><br>                Plaintiff,<br><br>vs.<br><br>ALLSTATE NORTHBROOK INDEMNITY COMPANY,<br><br>                Defendant. | Case No. 2:16-cv-00150-JCM-GWF<br><br>**ORDER** |

This matter is before the Court on the parties' failure to file a Joint Status Report. The Minutes of the Court dated January 27, 2016, required the parties to file a Joint Status Report no later than February 29, 2016. To date the parties have not complied. Accordingly,

**IT IS ORDERED** counsel for the parties shall file a Joint Status Report which fully complies with the Minutes of the Court no later than **March 21, 2016**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 9th day of March, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge