# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JAMES JILES III, | Case No. 2:16-CV-150 JCM (GWF) |
| Plaintiff(s), | ORDER |
| v. | |
| ALLSTATE NORTHBROOK INDEMNITY COMPANY, | |
| Defendant(s). | |

Presently before the court is defendant Allstate Northbrook Indemnity Company's motion to dismiss. (ECF No. 4). Plaintiff filed a notice of non-opposition to defendant's motion. (ECF No. 8). In the notice of non-opposition, plaintiff stated that the parties have agreed to arbitrate this matter in Clark County, Nevada, by a mutually agreed upon arbitrator. (*Id.*)

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that defendant's motion to dismiss (ECF No. 4) be, and the same hereby is, GRANTED.

The clerk is instructed to close the case.

DATED July 21, 2016.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**